AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynn, Barbara M. | 2. Court or Organization<br><br>U.S.D.C.-No. District of Texas | 3. Date of Report<br><br>06/11/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Federal Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1100 Commerce St., Room 1572
Dallas, TX 75242

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 3. | Trustee | Liquidity Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 4. | Co-Trustee | _____ Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Michael P. Lynn P.C. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | January 12-14, 2012 | Las Vegas, NV | Litigation Winter Leadership Meeting | Transportation, meals, hotel |
| 2. | The George Washington University | January 23-25, 2012 | Washington, DC | Judge, G.W. Giles Rich Moot Court IP Competition | Transportation, meals, hotel |
| 3. | Colby College | March 30 - April 2, 2012 | Waterville, MN | Brody Award | Transportation, meals, hotel |
| 4. | ABA | April 18-21, 2012 | Washington, DC | Litigation Annual Meeting | Transportation, meals, hotel |
| 5. | ABA | June 21-24, 2012 | San Juan, PR | Litigation Spring Leadership Meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lynn, Barbara M.** | 06/11/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | ABA | September 27 - October 1, 2012 | St. Louis, MO | Litigation Fall Leadership Meeting | Transportation, meals, hotel |
| 7. | The Sedona Conference | October 10-14, 2012 | San Diego, CA | Sedona Conference | Transportation, meals, hotel |
| 8. | Austin Intellectual Property Law Association | November 12-13, 2012 | Austin, TX | Austin IPLA Judges Appreciation Dinner | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab & Vanguard Account #1 (includes 2-27) | | | | | | | | | |
| 2. -Vanguard Ext. Mkt Idx Adm | C | Dividend | M | T | | | | | |
| 3. -Vanguard Int Term TE Adm | E | Dividend | | | Redeemed | 1/30/12 | J | | |
| 4. -Vanguard Int Term TE Adm | | | | | Buy | 1/30/12 | M | | |
| 5. -Vanguard Int Term TE Adm | | | | | Redeemed | 4/30/12 | J | | |
| 6. -Vanguard Int Term TE Adm | | | | | Redeemed | 7/30/12 | J | A | |
| 7. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 10/4/12 | M | | |
| 8. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 10/17/12 | M | | |
| 9. -Vanguard Int Term TE Adm | | | | | Redeemed | 10/31/12 | J | | |
| 10. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/11/12 | M | | |
| 11. -Vanguard 500 Idx Adm | D | Dividend | O | T | | | | | |
| 12. -Vanguard Tax Managed Cap Ap Adm | D | Dividend | | | Sold | 11/29/12 | N | F | |
| 13. -Vanguard Tax Managed Cap Ap Adm | | | | | Sold | 11/29/12 | L | E | |
| 14. -Vanguard Tlt Int Index Adm | E | Dividend | O | T | Buy | 1/13/12 | L | | |
| 15. -Vanguard Tlt Int Index Adm | | | | | Buy | 2/10/12 | M | | |
| 16. -Vanguard Tlt Stk Ix Adm | F | Dividend | P1 | T | Buy | 1/13/12 | K | | |
| 17. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 1/30/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Vanguard Prime Money Mkt | A | Dividend | | | Sold | 1/13/12 | K | | |
| 19.  -Vanguard Prime Money Mkt | | | | | Sold | 1/13/12 | L | | |
| 20.  -Vanguard Prime Money Mkt | | | | | Buy | 1/24/12 | N | | |
| 21.  -Vanguard Prime Money Mkt | | | | | Sold | 1/30/12 | M | | |
| 22.  -Vanguard Prime Money Mkt | | | | | Sold | 1/30/12 | M | | |
| 23.  -Vanguard Prime Money Mkt | | | | | Sold | 2/10/12 | M | | |
| 24.  -Vanguard Prime Money Mkt | | | | | Buy | 10/2/12 | M | | |
| 25.  -Vanguard Prime Money Mkt | | | | | Sold | 10/4/12 | M | | |
| 26.  -Vanguard Long Term TE Adm | B | Dividend | N | T | Buy | 11/29/12 | N | | |
| 27.  -Vanguard Ltd Term TE Adm | A | Dividend | L | T | Buy | 11/29/12 | L | | |
| 28.  Vanguard Account #2 (includes 29-42) | | | | | | | | | |
| 29.  -Vanguard Int Tax Ex Adm | C | Dividend | N | T | Buy | 1/30/12 | M | | |
| 30.  -Vanguard Int Tax Ex Adm | | | | | Buy (add'l) | 11/29/12 | L | | |
| 31.  -Vanguard Int Tax Ex Adm | | | | | Buy (add'l) | 12/11/12 | M | | |
| 32.  -Vanguard Ltd-Term Tax-Exempt Adm | D | Dividend | O | T | Buy | 10/4/12 | M | | |
| 33.  -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Buy | 10/17/12 | M | | |
| 34.  -Vanguard Ttl Stk Mkt Idx Adm | D | Dividend | N | T | Buy | 2/10/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Trl Stk Mkt Idx Adm | | | | | Sold | 11/29/12 | L | E | |
| 36. -Vanguard Prime Money Market | A | Dividend | | | Buy | 1/24/12 | N | | |
| 37. -Vanguard Prime Money Market | | | | | Sold | 1/30/12 | M | | |
| 38. -Vanguard Prime Money Market | | | | | Sold | 1/30/12 | M | | |
| 39. -Vanguard Prime Money Market | | | | | Sold | 2/10/12 | M | | |
| 40. -Vanguard Prime Money Market | | | | | Buy | 10/2/12 | M | | |
| 41. -Vanguard Prime Money Market | | | | | Sold | 10/4/12 | M | | |
| 42. -Vanguard Tlt Int Index Adm | C | Dividend | M | T | Buy | 1/30/12 | M | | |
| 43. Vanguard Account #3 (includes 44-55) ** | | | | | | | | | |
| 44. -Vanguard Tax Ex MM | A | Dividend | L | T | Buy | 1/3/12 | O | | |
| 45. -Vanguard Tax Ex MM | | | | | Sold | 1/24/12 | N | | |
| 46. -Vanguard Tax Ex MM | | | | | Sold | 1/24/12 | N | | |
| 47. -Vanguard Tax Ex MM | | | | | Buy | 8/31/12 | N | | |
| 48. -Vanguard Tax Ex MM | | | | | Sold | 10/2/12 | M | | |
| 49. -Vanguard Tax Ex MM | | | | | Sold | 10/2/12 | M | | |
| 50. -Vanguard Tax Ex MM | | | | | Buy | 10/10/12 | N | | |
| 51. -Vanguard Tax EX MM | | | | | Sold | 10/17/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Vanguard Tax Ex MM | | | | | Sold | 10/17/12 | M | | |
| 53.  -Vanguard Tax Ex MM | | | | | Buy | 12/7/12 | M | | |
| 54.  -Vanguard Tax Ex MM | | | | | Sold | 12/11/12 | M | | |
| 55.  -Vanguard Tax Ex MM | | | | | Sold | 12/11/12 | M | | |
| 56.  Vanguard IRA Rollover #1 (includes 57-59) ** | | | | | | | | | |
| 57.  -Vanguard Int Inv Grade Adm | E | Dividend | O | T | | | | | |
| 58.  -Vanguard Tlt Bnd Mkt Idx Adm | E | Dividend | O | T | | | | | |
| 59.  -Vanguard ST Inv Grade Adm | D | Dividend | N | T | | | | | |
| 60.  Schwab & Vanguard IRA #1 (includes 61) | | | | | | | | | |
| 61.  -Vanguard Total Bd Mkt Idx Inv | C | Dividend | L | T | | | | | |
| 62.  Trust #1 (includes 63-68) | | | | | | | | | |
| 63.  -Vanguard Int Term TE Adm | C | Dividend | M | T | Buy | 3/5/12 | J | | |
| 64.  -Vanguard Int Term TE Adm | | | | | Buy | 6/18/12 | J | | |
| 65.  -Vanguard Int Term TE Adm | | | | | Buy | 10/31/12 | J | | |
| 66.  -Vanguard Tlt Int Index Adm | B | Dividend | K | T | | | | | |
| 67.  -Vanguard Tlt Stk Ix Adm | C | Dividend | M | T | | | | | |
| 68.  -Pioneer Natural Resources | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust #2 (includes 70-74) | | | | | | | | | |
| 70. -Vanguard Tlt Intl Stk Ix Adm | D | Dividend | M | T | | | | | |
| 71. -Vanguard Tlt Stk Ix Adm | D | Dividend | N | T | Buy | 3/5/12 | J | | |
| 72. -Vanguard Tlt Stk Ix Adm | | | | | Sold | 4/13/12 | J | | |
| 73. -Vanguard Tlt Stk Ix Adm | | | | | Buy | 6/18/12 | J | | |
| 74. -Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 75. Vanguard Trust #3 (includes 76-80) | | | | | | | | | |
| 76. -Vanguard Prime Money Mkt Fund | A | Dividend | | | Buy | 8/30/12 | L | | |
| 77. -Vanguard Prime Money Mkt Fund | | | | | Sold | 12/10/12 | M | | |
| 78. -Vanguard Int Tax Ex Adm | B | Dividend | | | Sold | 12/10/12 | L | | |
| 79. -Vanguard Tlk Int Adm | A | Dividend | | | Sold | 12/10/12 | K | | |
| 80. -Vanguard Tlk Stk Ix Adm | B | Dividend | | | Sold | 12/10/12 | L | | |
| 81. Vanguard Trust #4 (includes 82-85) | | | | | | | | | |
| 82. -Vanguard Prime Money Mkt Fund | A | Dividend | L | T | Buy | 8/30/12 | L | | |
| 83. -Vanguard Int Tax Ex Adm | B | Dividend | L | T | | | | | |
| 84. -Vanguard Int'l Stk Adm | A | Dividend | K | T | | | | | |
| 85. -Vanguard Tlk Stk Ix Adm | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard SEP IRA #1 (includes 87)** | | | | | | | | | |
| 87. -Vanguard Tlt Bnd Mkt Idx Adm | B | Dividend | L | T | | | | | |
| 88. Vanguard IRA Rollover #1 (includes 89-91) | | | | | | | | | |
| 89. -Vanguard Int Inv Grade Adm | E | Dividend | N | T | | | | | |
| 90. -Vanguard Tlt Bd Mkt Idx Adm | E | Dividend | O | T | | | | | |
| 91. -Vanguard ST Inv Grd Adm | D | Dividend | M | T | | | | | |
| 92. Vanguard IRA Rollover #2 (includes 93-95)** | | | | | | | | | |
| 93. -Vanguard Int Inv Grade Adm | E | Dividend | O | T | Buy | 08/13/12 | N | | |
| 94. -Vanguard Int Inv Grade Adm | | | | | Buy | 12/14/12 | M | | |
| 95. -Vanguard ST Inv Grd Adm | C | Dividend | N | T | Buy | 08/13/12 | N | | |
| 96. Schwab & Vanguard IRA #2 (includes 97)** | | | | | | | | | |
| 97. -Vanguard Tlt Bnd Mkt Idx Adm | C | Dividend | L | T | | | | | |
| 98. Vanguard Trust #1 (includes 99-120) | | | | | | | | | |
| 99. -GM Accep Corp | A | Interest | J | T | | | | | |
| 100. -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 101. -Vanguard LifeStrat Conserv Growth | A | Dividend | | | Sold | 12/11/12 | K | | |
| 102. -ING Prime Rate TR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Tax Ex MM | A | Dividend | J | T | Buy | 1/12/12 | J | | |
| 104. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 2/23/12 | J | | |
| 105. -Vanguard Tax EX MM | | | | | Buy (add'l) | 3/22/12 | J | | |
| 106. -Vanguard Tax EX MM | | | | | Buy (add'l) | 3/26/12 | J | | |
| 107. -Vanguard Tax Ex MM | | | | | Sold | 4/13/12 | J | | |
| 108. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 4/23/12 | J | | |
| 109. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 5/22/12 | J | | |
| 110. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 6/1/12 | J | | |
| 111. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 6/22/12 | J | | |
| 112. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 6/25/12 | J | | |
| 113. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 7/23/12 | J | | |
| 114. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 8/22/12 | J | | |
| 115. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 9/24/12 | J | | |
| 116. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 10/22/12 | J | | |
| 117. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 11/23/12 | J | | |
| 118. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/3/12 | J | | |
| 119. -Vanguard Tax Ex MM | | | | | Sold | 12/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/24/12 | J | | |
| 121. Vanguard Trust #2 (includes 122-142) | | | | | | | | | |
| 122. -GM Accep Corp | A | Interest | J | T | | | | | |
| 123. -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 124. -ING Prime Rate TR | A | Dividend | J | T | | | | | |
| 125. -Vanguard LifeStrat Mod Growth | B | Dividend | K | T | Buy | 12/7/12 | J | | |
| 126. -Vanguard Tax Ex MM | A | Dividend | K | T | Buy | 1/12/12 | J | | |
| 127. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 2/23/12 | J | | |
| 128. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 3/22/12 | J | | |
| 129. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 3/26/12 | J | | |
| 130. -Vanguard Tax Ex MM | | | | | Sold | 4/13/12 | J | | |
| 131. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 4/23/12 | J | | |
| 132. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 5/22/12 | J | | |
| 133. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 6/1/12 | J | | |
| 134. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 6/22/12 | J | | |
| 135. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 6/25/12 | J | | |
| 136. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 7/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 8/22/12 | J | | |
| 138.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 9/24/12 | J | | |
| 139.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 10/22/12 | J | | |
| 140.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 11/23/12 | J | | |
| 141.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/3/12 | J | | |
| 142.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/24/12 | J | | |
| 143.  Investments Ltd (includes 144-149) | | | | | | | | | |
| 144.  -Vanguard 500 Idx Adm | E | Dividend | P1 | T | | | | | |
| 145.  -Vanguard Int Term TE Adm | E | Dividend | O | T | | | | | |
| 146.  -Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | P1 | T | | | | | |
| 147.  -Vanguard Tlt Int Index Adm | E | Dividend | P1 | T | | | | | |
| 148.  -Vanguard Ltd Term Tax Ex Adm | E | Dividend | P1 | T | | | | | |
| 149.  -Vanguard Ext Mkt Idx Adm | D | Dividend | N | T | | | | | |
| 150.  Management Ltd (includes 151) | | | | | | | | | |
| 151.  -Prime Money Market | A | Dividend | J | T | | | | | |
| 152.  401k-LTPC Profit Sharing* | | None | L | T | | | | | |
| 153.  Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. JP Morgan Chase | A | Interest | J | T | | | | | |
| 155. Comerica | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts:
Line 1 - previously listed as Schwab & Vanguard Account #1
Line 43 - previously listed as Schwab & Vanguard Account #3
Line 56 - previously listed as Schwab & Vanguard IRA Rollver #1
Line 86 - previously listed as Schwab & Vanguard SEP IRA #1
Line 88 - previously listed as Schwab & Vanguard IRA Rollover #2
Line 92 - previously listed as Schwab & Vanguard IRA #2
Line 152 - previously listed as 401k-Fidelity

This year we had a very significant number of transactions. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara M. Lynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544